JACKSON HEIGHTS COURTS, INC., Appellant, *v.* 171–24TH STREET, JACKSON HEIGHTS, INC., Respondent.

Argued April 13, 1949; decided May 26, 1949.

*William S. Siemon* for appellant.

*Edward G. McLaughlin* and *Thomas W. Geary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.